IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EDWARD JENNINGS,                               :

     Plaintiff,                              :

vs.                                           :     CIVIL ACTION 14-0388-CB-M

ALPHONSE A. CHESTANG, *et al.*,                :

     Defendants.                             :

## ORDER

After due and proper consideration of all portions of this file deemed

relevant to the issues raised, and a *de novo* determination of those portions of the

Report and Recommendation to which objection is made, the Report and

Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is

**ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is

hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §

1915(e)(2)(B)(i).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama

Department of Corrections a copy of the Report and Recommendation, of this Order

adopting the Report and Recommendation, and of the Judgment.

**DONE** this 30th  day of March, 2015.

                              **s**/*Charles R. Butler, Jr.*
                              **Senior United States District Judge**